RECEIVED BY
UNION CORRECTIONAL INSTITUTION
NOV 27 2023
FOR MAILING

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

_____ Division

Jacksonville Division
300 North hogan Street
Suite 9-150
Jacksonville, FL 32202-4271
Nov 27, 2023

Derek Vernon Medina Pobox1000 raiford FL
32083 M95189
Derek Medina ———— pro,se

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Florida Wildlife, Wildlife
federation, World Wildlife fund,
florida wildlife commission, 3 defendants,
4th defendant Miami Yacht Club, See attached
*Defendant(s)* and The Miami Herald.
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:23-cv-1410-HLA-LLL

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Derek Vernon Medina

All other names by which you have been known: — worldwide Known media outlet News calls me facebook killer

ID Number — M95189

Current Institution — Union CI po box 1000

Address —

| | | |
|---|---|---|
| Raiford | FL | 32083 |
| *City* | *State* | *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name — Florida Wild life

Job or Title *(if known)* —

Shield Number — Florida Wildlife Commission has a

Employer — tallahasse Florida location"

Address — Clerk of Court provide addresses please

| | | |
|---|---|---|
| tallahassee | FL | |
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name — Wild life federation, Natl.

Job or Title *(if known)* — 1-800-822-9919

Shield Number — 1-800 822-9919

Employer —

Address —

| | | |
|---|---|---|
| | | |
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☑ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name · World Wildlife fund

Job or Title *(if known)* · (202) 293-4800

Shield Number

Employer · please provide address clerk of court

Address

| | | |
|---|---|---|
| City | State | Zip Code |

[ ] Individual capacity  [✓] Official capacity

Defendant No. 4

Name · The Miami Yacht club,

Job or Title *(if known)* · Miami Yacht club located next

Shield Number · to parrot Jungle, next to star Island, Marina

Employer · I was a member intill boat was removed

Address · Please clerk of Court provide address Thank You

Defendant 5
The Miami Herald
turn other side
of this page attached

| | | |
|---|---|---|
| Miami | FL | |
| City | State | Zip Code |

[ ] Individual capacity  [✓] Official capacity

two Names on defendant
four Miami Yaht clyb
also The Miami Herald
newspaper defendant 5

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

amendment 11, amendment 16, amendment V.
I am Sueing for sail boat Value, renovation
and Valuables Inside sailboat each 24 foot with engine, unsinkable
european boat, added customed Inside Cabin bedroom, living room area upperdeck area
I am Sueing for $400,000 total amount 100,000 dollars each
defendant

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Defendants

The Miami Herald

1983 civil lawsuit 100,000

☑ official Capacity

Please provide address.

Clerk of Court

B. Section 1983 claim

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

(B. Section 1983 claim) The Miami Herald printed newspapers on the Miami Yacht club and my boat and membership also defamation of Character making me a target And the Florida Wildlife discriminating me because of my high profile case worldwide. See Miami herald pub V. Ane, 423 So. 2d 376, 390 (Fla, 3d ist 1982) amendment V. all laws supporting claim of Derek Medina. The Miami Herald is a supporter of the Florida Wildlife and is or was teaming up putting pressure for my unsinkable European E boat repossesed or reposesed or Sold.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Florida Wildlife took my Sailboat I had attorneys retrieve boat and paint boat to follow guidelines rules and the boat was placed back at Miami Yacht club, across from Star Island, also port of Miami. The boat was taken from me permanent and needs to be returned back to owner plaintiff or 100,000 needs to be paid by each defendant total of 400,000 total amount. My boat was paid in full with No balance at all

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. The Miami Herald is a supporter of Florida Wildlife, their articles newspapers on my unsinkable ebac european boat is a reason why my boat has been taken from Florida wildlife either they have

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. My boat 2013, 2016 year all the way to 2023 My Sailboat needs to be returned or paid for its costs is in possession of Florida Wildlife Commission. The Miami Yacht club Miami Yacut Club. Derek Medina plaintiff is being targeted because plaintiff Medina case made headlines worldwide

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

2013, 2016, 2023

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am sueing each defendant for a hundred thousand dollars (100,000) each defendant total of 300,000 all three defendants combined together. all four defendants including Miami Yauht club total 400,000 Thats where the sailboat was anchored infront of Yauht club and plaintiff Derek Medina paid membership to Anchor Sailboat and Miami Yauht club is responsible for my sail boat being relocated, They must advise me the Florida Wildlife has impounded my boat neither Florida Wildlife or Miami Yauht Club Has mailed me or advised me

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

1983 claim (1) Case No 3:22-CV-422-M/MH-PDB (Derek Medina V. Centers for disease Control and prevention and Moderna Vaccine, Dr. Fauchi

1983 claim (2) Derek Medina V. Barnes and Noble Inc, amazon, Books of million, ebook time

1983 claim (3) Nov 8, 2023 Derek Meding V. Facebook meta platforms, Inc Meta, mark zuckerberg

1983 claim (4) Nov 17, 2023 Derek Medina V. Suntrust bank

1983 claims both cases Im waiting on case numbers.

A. Have you filed other lawsuits in State or federal Court dealing with the same facts involved in this action? ☑ NO

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. ☐ Yes  *Have you filed other lawsuits in State or federal Court otherwise relating to the conditions of your Imprisonment?*

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*Certificate of Service*
*I hereby certify that all statements are true and correct and on Nov 27, 2023 and a copy was mailed to 300 north hogan St Jacksonvile, FL 32202 pro se Derek Medina*
*Nov 27, 2023*

### IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  *pro se Nov 27, 2023 Derek Medina 11-27-23*

Signature of Plaintiff     *Derek Medina*

Printed Name of Plaintiff    *Derek Medina*

Prison Identification #    *M95189*

Prison Address    *Union    Ci    prison*

*Raiford*        *FL*        *32083*
City            State        Zip Code

#### B.    For Attorneys

Date of signing:    *Nov 22, 2023*

Signature of Attorney    *pro se*

Printed Name of Attorney    *Derek Medina pro se*

Bar Number

Name of Law Firm

Address

City            State        Zip Code

Telephone Number

E-mail Address